# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s):** 24-1969

**Case Name:** US v. Shi

**Requesting Party Name(s):** Tairan Shi

**I am:**
- ○ The party requesting the extension.
- ⦿ Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated _____
- ☐ Other (*you **must** describe the document*)

**The requested new due date is:** 2/23/2025

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

Counsel needs the requested time to fully review the voluminous record, fully research potential legal issues, coordinate with co-defendants' appellate counsel, and prepare the opening brief. The briefing deadline in this case was continued until 9/23/2024 based on court reporter's motion. Transcripts in this over week-long, multi-defendant trial are now complete, and counsel needs the requested time to competently prepare Mr. Shi's opening brief.

**Signature:** s/ Miles Pope    **Date:** 10/17/2024

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**                           1                          New 12/01/2018

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

◉ I have previously requested an extension of time to file the document.

    This motion is my [Second] request.
    *(Examples: first, second)*

Bail/detention status (*select one*):

◉ The defendant is incarcerated. The projected release date is: [06/18/2030].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [s/ Miles Pope]     **Date** [10/17/2024]
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**     2     *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the  `opening brief`  brief.

   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: `10/23/2024`

3. The brief's first due date was: `07/08/2024`

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   > Now that all transcripts have been prepared, counsel needs the additional time requested to fully review this complex, multi-defendant trial record, to research legal issues, to coordinate with codefendants' counsel, and to prepare the opening brief.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** `s/ Miles Pope`   **Date** `10/17/2024`

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*